| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Grandy, Laura K. | 2. Court or Organization<br><br>Bankruptcy Court - Southern Illinois | 3. Date of Report<br><br>09/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Melvin Price Federal Building and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 3/02/2010 | Mathis Marifian & Richter LTD See Note in Part VIII |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Mathis Marifian & Richter LTD | $10,166.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Association of Southern Illinois (BASIL) Professional Organization | 05/02/2014 - 05/02/2014 | Fairview Heights, Illinois | Professional Organization Activity | Meals |
| 2. | National Conference of Bankruptcy Judges | 07/17/2014 - 07/18/2014 | St. Louis, Missouri | Professional Organization Activity | Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Springfield | Note Payable (Co-signer on Debt) | K |
| 2. | FCB - Swansea | Mortgage on building owned by MMRG Building LLC | K |
| 3. | First Bank | Mortgage - Mc Fessel Property | K |
| 4. | Bank of Springfield | Mortgage - Pineywood Property | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Varible Annuity | | | | | | | | | |
| 2. - International Equity Franklin Tpl | C | Dividend | K | T | | | | | |
| 3. - Small Cap Growth Wellington | B | Dividend | K | T | | | | | |
| 4. - Russell Non-US | B | Dividend | K | T | | | | | |
| 5. - Domestic Equity Delaware Mgmt | C | Dividend | K | T | | | | | |
| 6. - Focused Appreciation Janus | C | Dividend | K | T | | | | | |
| 7. - Equity Income T Rowe Price | B | Dividend | J | T | | | | | |
| 8. Northwestern Mutual 65 Life Insurance Policy | C | Dividend | L | T | | | | | |
| 9. Northwestern Mutual Variable CompLife Insurance Policy | B | Dividend | L | T | | | | | |
| 10. - Large Cap Blend Fiduciary Mgmt | A | Dividend | J | T | | | | | |
| 11. - Large Cap Core Stock Fayez Sarofim | A | Dividend | J | T | | | | | |
| 12. - Mid Cap Core Stock WM Blair Co | A | Dividend | J | T | | | | | |
| 13. - Small Cap Value T Rowe Price | A | Dividend | J | T | | | | | |
| 14. - International Equity Franklin Tmpl | A | Dividend | J | T | | | | | |
| 15. - International Growth Janus | A | Dividend | J | T | | | | | |
| 16. - Select Bond Wells Capital Mgmt | A | Dividend | J | T | | | | | |
| 17. - Russell Core Bond | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Long Term US Govt Bond Pimco | A | Dividend | K | T | | | | | |
| 19.   - High Yield Bond Federated INC | A | Dividend | J | T | | | | | |
| 20.   - Russell Global Real Estate | A | Dividend | J | T | | | | | |
| 21.   - Money Market Black Rock | A | Dividend | J | T | | | | | |
| 22.   Northwestern Mutual 65 Life Insurance Policy | | | | | | | | | See Note in Part VIII |
| 23.   Raymond James Morgan Keegan Trust U/A DTD 7/02/98 | | | | | | | | | |
| 24.   - Cash/Money Market Series 2 term | A | Int./Div. | K | T | | | | | |
| 25.   - Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 26.   - First Eagle Global Fund A (SGENX) | C | Dividend | M | T | | | | | |
| 27.   - First Eagle US Value Fund A (FEVAX) | B | Dividend | L | T | | | | | |
| 28.   -Federated Kaufmann Large Cap C (KLCCX) | B | Dividend | L | T | | | | | |
| 29.   - Freeport McMorgan Copper and Gold Class B (FCX) | | Dividend | J | T | | | | | |
| 30.   - FT Capital Strength Ser 2 Cash | A | Interest | K | T | | | | | |
| 31.   - Ivy Core Equity Fund (WCEAX) | A | Dividend | K | T | | | | | |
| 32.   Raymond James Morgan Keegan | | | | | | | | | |
| 33.   - Apple Inc (AAPL) | B | Dividend | L | T | | | | | |
| 34.   - Federated Kaufmann Large Cap A (KLCAX) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - First Eagle Global Fund A (SGENX) | B | Dividend | K | T | | | | | |
| 36. - Riverfront Long Term Growth (RLTCX) | A | Dividend | | | Sold | 09/17/14 | K | B | |
| 37. Furmanite Corporation (FRM) | A | Dividend | J | T | | | | | |
| 38. First Trust Technology Dividend Portfolio Series E | A | Dividend | K | T | | | | | |
| 39. First Trust Energy Select Portfolio Series 48 | A | Dividend | | | Sold | 09/19/14 | K | A | |
| 40. Fundamental Investors Fund Class A (ANCFX) | A | Dividend | L | T | | | | | |
| 41. Putnam Capital Spectrum Fund Class C (PVSCX) | A | Dividend | K | T | | | | | |
| 42. Federated Strategic Value (SVAAX) | A | Dividend | J | T | Buy | 02/28/14 | J | | |
| 43. Lord Abbett Growth (LGLCX) | A | Dividend | J | T | Buy | 09/19/14 | K | | |
| 44. First Trust Europen Deep Value Ser 3 | A | Dividend | J | T | Buy | 09/19/14 | K | | |
| 45. - American Funds Europacific (AEGFX) | A | Dividend | J | T | Buy (add'l) | 08/21/14 | J | | |
| 46. - AF American Mutual F2 (AMRFX) | A | Dividend | J | T | | | | | |
| 47. - Artisan International (ARTIX) | A | Dividend | J | T | | | | | |
| 48. - Champlain Mid Cap Fund (CIPMX) | A | Dividend | J | T | Sold (part) | 08/19/14 | J | | |
| 49. - Perkins Mid Cap Value A (JDPAX) | A | Dividend | J | T | Sold | 02/11/14 | K | A | |
| 50. - JP Morgan US Large Cap Core Plus (JLPSX) | A | Dividend | J | T | Sold (part) | 08/19/14 | J | | |
| 51. - MFS Research Fund Class A (MFRFX) | A | Dividend | J | T | Sold (part) | 08/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Nuveen Winslow Large Cap Growth I (NULIX) | | Dividend | J | T | Sold | 01/01/14 | J | A | |
| 53. - Trowe Price Smallcap Value Adv (PASVX) | A | Dividend | J | T | Sold (part) | 08/19/14 | J | | |
| 54. - JP Morgan Core Bond Fund A (PGBOX) | A | Dividend | J | T | | | | | |
| 55. Pimco Unconstrained Bond Fund (PUCPX) | A | Interest | | | Sold | 10/28/14 | J | A | |
| 56. - Legg Mason Clearbridge Equity (SOPAX) | A | Dividend | J | T | | | | | |
| 57. Loomis Sayles Growth Fund (LSGRX) | A | Dividend | J | T | Sold (part) | 08/19/14 | J | | |
| 58. - Templeton Global Bond Fund (TGBAX) | A | Dividend | J | T | | | | | |
| 59. - Wells Fargo Advantage Int. (WFVDX) | A | Dividend | J | T | | | | | |
| 60. - AQR Diversified Arbitrage N (ADANX) | A | Dividend | J | T | | | | | |
| 61. - Neugerger Berman Income Bond (NHIAX) | A | Dividend | J | T | Sold (part) | 08/21/14 | J | | |
| 62. Virus Emerging Markets Oppt Fund (HIEMX) | A | Dividend | J | T | Buy (add'l) | 08/21/14 | J | | |
| 63. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | Buy (add'l) | 08/19/14 | J | | |
| 64. Pimco Total Return Fund (PTTPX) | A | Dividend | | | Sold | 08/19/14 | J | | |
| 65. John Hancock Disciplined Value (JVMIX) | A | Dividend | J | T | Buy | 02/13/14 | J | | |
| 66. First Trust ETF II Consumer Staples Alphadex (FXG) | A | Dividend | | | Sold | 01/01/14 | J | | |
| 67. Metropolitan West Rtn Bond (MWTIX) | A | Dividend | J | T | Buy | 08/21/14 | J | | |
| 68. Prudential Absolute (PADZX) | A | Dividend | J | T | Buy | 10/30/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares TR Barclys (SHY) | A | Dividend | | | Sold | 02/20/14 | J | | |
| 70. First Trust S&P Reit Index Fund (FRI) | A | Dividend | J | T | | | | | |
| 71. First Traded Exchange Traded Small Cap (FYT) | A | Dividend | | | Sold | 06/05/14 | J | A | |
| 72. First Trust Exchange Traded Europe (FEP) | A | Dividend | | | Sold | 01/14/14 | K | B | |
| 73. First Trust Exchange Traded Dev MKTS (FEMS) | A | Dividend | | | Sold | 06/26/14 | J | A | |
| 74. First Trust ETF II INDLS PRO (FXR) | A | Dividend | | | Sold | 10/06/14 | J | A | |
| 75. Ishares 1 -10 Y TR BD (IEF) | A | Interest | J | T | | | | | |
| 76. First Trust S & P Reint Index Fund (FRI) | A | Interest | K | T | | | | | |
| 77. First Trust ETF II (FXD) | A | Dividend | | | Buy | 01/03/14 | J | | |
| 78. | | | | | Sold | 03/07/14 | J | | |
| 79. First Trust Exchange Japan (FJP) | A | Dividend | | | Buy | 01/01/14 | J | | |
| 80. | | | | | Sold | 03/20/14 | J | | |
| 81. First Trust Exchange Germany (FGM) | A | Dividend | | | Buy | 01/01/14 | J | | |
| 82. | | | | | Sold | 06/26/14 | J | | |
| 83. Ishares Msci Swenden (EWD) | A | Dividend | | | Buy | 01/22/14 | J | | |
| 84. | | | | | Sold | 03/20/14 | J | | |
| 85. Ishares MSCI Netherl (EWN) | A | Dividend | | | Buy | 01/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 06/26/14 | J | | |
| 87. Ishares MSCI Span CP (EWP) | A | Dividend | | | Buy | 03/28/14 | J | | |
| 88. | | | | | Sold | 12/22/14 | J | A | |
| 89. Ishares MSCI France (EWQ) | A | Dividend | | | Buy | 03/28/14 | J | | |
| 90. | | | | | Sold | 07/21/14 | J | | |
| 91. Ishares TR MSCI Denmark (EDEN) | A | Dividend | J | T | Buy | 03/20/14 | J | | |
| 92. Ishares TR MSCI Finlnd (EFNL) | A | Dividend | | | Buy | 03/20/14 | J | | |
| 93. | | | | | Sold | 11/20/14 | J | A | |
| 94. Ishares MSCI Italcpd (EWI) | A | Dividend | | | Buy | 03/20/14 | J | | |
| 95. | | | | | Sold | 09/26/14 | J | | |
| 96. First Trust ETF II Technology (FXL) | A | Dividend | J | T | Buy | 03/07/14 | J | | |
| 97. | | | | | Sold (part) | 07/07/14 | J | A | |
| 98. | | | | | Buy | 10/06/14 | J | | |
| 99. First TR Exchange Alpha Fund (FNK) | A | Dividend | | | Buy | 06/05/14 | J | | |
| 100. | | | | | Sold | 08/07/14 | J | | |
| 101. Ishares MSCI ISR CAP ETF (EIS) | A | Dividend | J | T | Buy | 06/26/14 | J | | |
| 102. Ishares TR Ireland (EIRL) | A | Dividend | | | Buy | 06/27/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/20/14 | J | A | |
| 104.  Ishares MSCI India (INDA) | A | Dividend | J | T | Buy | 06/27/14 | J | | |
| 105.  First Trust ETF Energy (FXN) | A | Dividend | | | Buy | 07/07/14 | J | | |
| 106. | | | | | Sold | 11/06/14 | J | A | |
| 107.  Global Argentina (ARGT) | A | Dividend | | | Buy | 07/21/14 | J | | |
| 108. | | | | | Sold | 09/26/14 | J | | |
| 109.  First Trust Large Cap Opprt (FTC) | A | Dividend | J | T | Buy | 08/07/14 | J | | |
| 110.  First Trust Taiwan (FTW) | A | Dividend | J | T | Buy | 08/21/14 | J | | |
| 111.  First Trust Hong Kong (FHK) | A | Dividend | | | Buy | 09/26/14 | J | | |
| 112. | | | | | Sold | 10/21/14 | J | A | |
| 113.  First Trust Alpha (FCAN) | A | Dividend | J | T | Buy | 09/26/14 | J | | |
| 114.  Ishares TR MSCI Phillips (EPHE) | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 115.  First Trust Consumer Staples (FXG) | A | Dividend | | | Buy | 11/06/14 | J | | |
| 116. | | | | | Sold | 12/04/14 | J | A | |
| 117.  Ishares TR MSCI Indonia (EIDO) | A | Dividend | J | T | Buy | 11/20/14 | J | | |
| 118.  First Trust Utilities (FXU) | A | Dividend | J | T | Buy | 12/04/14 | J | | |
| 119.  Ishares MSCI STH AFR (EZA) | A | Dividend | J | T | Buy | 12/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. First Trust Health (FXH) | A | Dividend | J | T | | | | | |
| 121. Raymond James Morgan Keegan | | | | | | | | | |
| 122. - Cash/Money Market | A | Interest | J | T | | | | | |
| 123. - Blackrock Global A (MDLOX) | A | Dividend | J | T | | | | | |
| 124. - Blackrock Global B (MBLOX) | A | Dividend | K | T | | | | | |
| 125. -Loomis Sayles Income Fund Cl A (NEFZX) | A | Dividend | K | T | | | | | |
| 126. -Lord Abbett Bond (LBNDX) | A | Dividend | J | T | | | | | |
| 127. Pineywoods, Swansea, Illinois (2001 $110,000) | | None | M | R | | | | | See Note in Part VIII |
| 128. McFessel Drive, Fairview Heights, IL (2005, $55,000) | C | Rent | L | R | | | | | |
| 129. MMRG Bldg , Belleville, Illinois (2003, $370,000) | E | Rent | N | R | | | | | |
| 130. Merrill Lynch | | | | | | | | | |
| 131. - Cash/Money Market | A | Interest | J | T | | | | | |
| 132. - FIA Card Services Money Market Account | A | Interest | K | T | | | | | |
| 133. Abbvie Inc Shs (ABBV) | A | Dividend | J | T | Buy (add'l) | 07/28/14 | J | | |
| 134. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 135. Ares Capital Corp (ARCC) | A | Dividend | | | Sold (part) | 05/09/14 | J | A | |
| 136. | | | | | Sold (part) | 05/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/03/14 | J | A | |
| 138. | | | | | Sold | 06/05/14 | J | A | |
| 139. Automatic Data Proc (ADP) | A | Dividend | J | T | Buy (add'l) | 07/28/14 | J | | |
| 140. - Altria Group Inc (MO) | A | Dividend | | | Sold | 02/18/14 | J | A | |
| 141. - Atlas Pipeline Prtnrs LP (APL) | A | Int./Div. | | | Sold | 02/21/14 | J | A | |
| 142. Baron Partners Fund CL (BPTIX) | A | Dividend | | | Sold (part) | 01/01/14 | J | A | |
| 143. | | | | | Sold | 11/19/14 | J | A | |
| 144. Chevron Corp (CVX) | A | Dividend | | | Sold (part) | 06/03/14 | J | A | |
| 145. | | | | | Sold | 07/14/14 | J | A | |
| 146. - Comcast Corp New CL A (CMCSA) | A | Dividend | J | T | Buy (add'l) | 02/19/14 | J | | |
| 147. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 148. | | | | | Sold (part) | 06/26/14 | J | A | |
| 149. Covidien PLC SHS New (COV) | A | Dividend | | | Buy | 03/28/14 | J | | |
| 150. | | | | | Sold | 07/10/14 | J | A | |
| 151. -Diageo PLC SPSD ADR NEW (DEO) | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 152. Danaher Corp DEL COM (DHR) | A | Dividend | J | T | Buy | 05/19/14 | J | | |
| 153. | | | | | Buy (add'l) | 07/28/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   Dicks Sporting Goods Inc (DKS) | A | Dividend | | | Buy | 02/26/14 | J | | |
| 155. | | | | | Buy (add'l) | 02/27/14 | J | | |
| 156. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 157. | | | | | Sold (part) | 06/02/14 | J | A | |
| 158. | | | | | Sold | 06/22/14 | J | A | |
| 159.   Disney (Walt) Co COM (DIS) | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 160.   Enterprise Prdts LP (EPD) | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 161.   Eastman Chemical Co (EMN) | A | Dividend | | | Buy | 05/21/14 | J | | |
| 162. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 163. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 164. | | | | | Sold | 10/03/14 | J | A | |
| 165.   - Energy Transfer Ptrns LP (ETP) | B | Dividend | K | T | Buy (add'l) | 02/19/14 | J | | |
| 166. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 167. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 168.   - Express Scripts Inc COM (ESRX) | A | Dividend | | | Sold (part) | 07/29/14 | J | A | |
| 169. | | | | | Sold | 08/04/14 | K | A | |
| 170.   Exterran Partners LP (EXLP) | A | Dividend | | | Sold | 06/24/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Federated International (FGFLX) | A | Dividend | | | Buy | 01/01/14 | J | | |
| 172. | | | | | Sold (part) | 06/24/14 | J | A | |
| 173. | | | | | Sold | 07/28/14 | J | A | |
| 174. Federated Muni High (FMOAX) | A | Dividend | | | Buy | 05/30/14 | J | | |
| 175. | | | | | Sold | 09/03/14 | J | A | |
| 176. Franklin Incom Fd Adv (FRIAX) | A | Dividend | J | T | | | | | |
| 177. Gamestop Corp New (GME) | A | Dividend | | | Buy | 08/22/14 | J | | |
| 178. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 179. | | | | | Sold | 11/28/14 | J | A | |
| 180. Greenbrier Cos Inc (GBX) | A | Dividend | J | T | Buy | 07/28/14 | J | | |
| 181. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 182. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 183. | | | | | Buy (add'l) | 11/29/14 | J | | |
| 184. Henderson European (HFEIX) | A | Dividend | | | Buy | 04/01/14 | J | | |
| 185. | | | | | Sold | 10/09/14 | J | A | |
| 186. Henderson GlobalEquity (HFQIX) | A | Dividend | | | Sold (part) | 01/03/14 | J | A | |
| 187. | | | | | Sold | 10/16/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 15 of 28

**Name of Person Reporting**

Grandy, Laura K.

**Date of Report**

09/13/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Himax Technologies Adr (HIMX) | A | Dividend | | | Sold (part) | 04/16/14 | J | A | |
| 189. | | | | | Sold | 05/14/14 | J | A | |
| 190. Honeywell Intl Inc Del (HON) | A | Dividend | J | T | Buy (add'l) | 07/28/14 | J | | |
| 191. Ishares Nasdaq Biotech (IBB) | A | Dividend | | | Sold | 05/11/14 | J | A | |
| 192. Ishares Intl Select (IDV) | A | Dividend | J | T | | | | | |
| 193. Illumina Inc Com (ILMN) | A | Dividend | J | T | Buy | 10/16/14 | J | | |
| 194. Kansas City Southern (KSU) | A | Dividend | K | T | | | | | |
| 195. Kinder Morgan (KMI) | A | Dividend | J | T | Buy | 12/18/14 | J | | |
| 196. -Kraft Foods Inc VA CL A (KRFT) | A | Dividend | J | T | Buy (add'l) | 07/20/14 | J | | |
| 197. | | | | | Sold (part) | 04/04/14 | J | A | |
| 198. | | | | | Sold (part) | 09/24/14 | J | A | |
| 199. Lord Abbett Bond (LBDFX) | A | Dividend | | | Buy | 01/22/14 | J | | |
| 200. | | | | | Sold | 09/09/14 | J | A | |
| 201. Lord Abbett Growth (LGLFX) | A | Dividend | | | Buy | 02/14/14 | J | | |
| 202. | | | | | Sold (part) | 04/14/14 | J | A | |
| 203. | | | | | Sold | 05/20/14 | J | A | |
| 204. Lord Abbett Short (LDLFX) | A | Dividend | | | Buy | 04/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold | 06/02/14 | J | A | |
| 206. Loomis Sayles Growth (LSGRX) | A | Dividend | J | T | Buy | 11/18/14 | J | | |
| 207. - Mondelez International Inc (MDLZ) | A | Dividend | J | T | Sold (part) | 04/04/14 | J | A | |
| 208. | | | | | Sold (part) | 10/21/14 | J | A | |
| 209. NXP Semiconductors NV (NXPI) | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 210. | | | | | Buy (add'l) | 02/19/14 | J | | |
| 211. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 212. - Orexigen Therap Inc (OREX) | A | Dividend | | | Sold | 10/03/14 | J | A | |
| 213. The Oakmark INTL Fund (OAKIX) | A | Dividend | | | Sold | 03/12/14 | J | A | |
| 214. Pacira Pharmaceuticals (PCRX) | A | Dividend | J | T | Buy | 08/08/14 | J | | |
| 215. | | | | | Buy (add'l) | 08/11/14 | J | | |
| 216. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 217. Pfizer Inc (PFE) | A | Dividend | | | Sold | 08/22/14 | J | A | |
| 218. Putnam Capital (PVSYK) | A | Dividend | J | T | Buy | 11/26/14 | J | | |
| 219. - Putnam Diversified (PDVYX) | A | Dividend | J | T | Sold (part) | 11/28/14 | J | A | |
| 220. Powershares DWA Consumer (PSL) | A | Dividend | J | T | Buy | 12/05/14 | J | | |
| 221. Roberthalf Intl Inc Com (RHI) | A | Dividend | J | T | Buy | 04/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Sirus XM Holdings Inc (SIRI) | A | Dividend | | | Sold (part) | 04/16/14 | J | A | |
| 223. | | | | | Sold (part) | 05/27/14 | J | A | |
| 224. | | | | | Sold | 06/05/14 | J | A | |
| 225.  Splunk Inc (SPLK) | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 226. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 227. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 228.  St Jude Medical INC (STJ) | A | Dividend | | | Buy | 06/18/14 | J | | |
| 229. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 230. | | | | | Sold | 09/24/14 | J | A | |
| 231.  Starwood Ppty TR (STWD) | A | Dividend | J | T | Buy | 01/17/14 | J | | |
| 232. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 233. | | | | | Buy (add'l) | 02/14/14 | J | | |
| 234. | | | | | Sold (part) | 02/20/14 | J | A | |
| 235.  Suncor Energy Inc New (SU) | A | Dividend | J | T | | | | | |
| 236.  Skyworks Solutions (SWKS) | A | Dividend | J | T | Buy | 09/18/14 | J | | |
| 237.  Three D Systems New (DDD) | A | Dividend | | | Sold | 02/27/14 | J | A | |
| 238.  Twenty First Century (FOX) | A | Dividend | | | Sold | 06/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Time Warner (TWX) | A | Dividend | J | T | Buy | 11/11/14 | J | | |
| 240. Under Armour Inc (UA) | A | Dividend | J | T | Buy (add'l) | 05/28/14 | J | | |
| 241. United Techs Corp (UTX) | A | Dividend | | | Sold | 07/14/14 | J | A | |
| 242. Wisdomtree Invts Inc (WETF) | A | Dividend | | | Sold (part) | 04/16/14 | J | A | |
| 243. | | | | | Sold | 05/14/14 | J | A | |
| 244. Wisdomtree Trust Japan (DXJ) | A | Dividend | | | Sold | 06/24/14 | J | A | |
| 245. - Wisdomtree Emerging Mrkt (DEM) | A | Dividend | | | Sold | 06/24/14 | J | A | |
| 246. -Yum Brands Inc (YUM) | A | Dividend | | | Sold | 03/20/14 | J | A | |
| 247. TCW Emerging (TGEIX) | A | Dividend | | | Buy | 04/11/14 | J | | |
| 248. | | | | | Sold | 06/24/14 | J | A | |
| 249. SPDR Dow Jones (DIA) | A | Dividend | | | Buy | 07/09/14 | J | | |
| 250. | | | | | Sold (part) | 09/09/14 | J | A | |
| 251. | | | | | Sold | 10/14/14 | J | A | |
| 252. Whitewave Foods Co (WWAV) | A | Dividend | J | T | Buy | 05/19/14 | J | | |
| 253. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 254. | | | | | Buy (add'l) | 08/11/14 | J | | |
| 255. -Kinder Morgan Energy Partners LP | B | Int./Div. | J | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Energy Transfer PTNRS LP | B | Int./Div. | K | T | | | | | See Note in Part VIII |
| 257. Bank of America - Merrill Lynch Wealth Management | | | | | | | | | |
| 258. - Money Manager Checking Sweep Acct | A | Interest | J | T | | | | | |
| 259. - ING Groep N.V. PFD (IGK) | C | Int./Div. | | | Sold | 01/03/14 | K | D | |
| 260. - Bank of America NA Market CD (MAT) | B | Interest | | | Sold | 01/03/14 | M | D | |
| 261. - AXA Equitable Life INS CO Accumulator 2004 | B | Int./Div. | M | T | | | | | |
| 262. - Altra Group Inc (MO) | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 263. - Apple Inc (AAPL) | A | Dividend | K | T | | | | | |
| 264. - First TR S & P REIT Index (FRI) | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 265. - Home Depot Inc (HD) | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 266. - IVY Municipal High Income (WYMHX) | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 267. - Pepsico Inc (PEP) | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 268. - Pfizer Inc (PFE) | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 269. - Regions Fintl Corp (RF) | A | Int./Div. | | | Sold | 01/03/14 | J | A | |
| 270. - Salesforce Com Inc (CRM) | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 271. - Alliancebernstein High (ABTYX) | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 272. - Invesco Van Kampen High (ACTDX) | A | Dividend | | | Sold | 01/03/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Oppenheimer Amt Free (OMFYX) | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 274.  Alibaba Group Holdings (BABA) | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 275.  Amaxon Com Inc (AMZN) | A | Dividend | | | Buy | 01/06/14 | J | | |
| 276. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 277. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 278. | | | | | Sold | 04/17/14 | J | A | |
| 279.  Caterpillar INC DEL (CAT) | A | Dividend | | | Buy | 02/06/14 | J | | |
| 280. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 281. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 282. | | | | | Sold | 10/16/14 | J | A | |
| 283.  Celgene Corp Com (CELG) | A | Dividend | J | T | Buy | 10/28/14 | J | | |
| 284.  Centurylink INC Shs (CTL) | A | Dividend | J | T | Buy | 02/06/14 | J | | |
| 285. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 286. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 287.  Cisco Systems Inc (CSCO) | A | Dividend | | | Buy | 01/06/14 | J | | |
| 288. | | | | | Sold | 05/16/14 | J | A | |
| 289.  Chipotle Mexican Grill (CMG) | A | Dividend | | | Buy | 03/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 291. | | | | | Sold | 05/16/14 | J | A | |
| 292. Citigroup INC (C) | A | Dividend | | | Buy | 01/06/14 | J | | |
| 293. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 294. | | | | | Sold | 05/16/14 | J | A | |
| 295. Continental Resources (CLR) | A | Dividend | | | Buy | 03/06/14 | J | | |
| 296. | | | | | Buy | 03/11/14 | J | | |
| 297. | | | | | Sold | 10/23/14 | J | A | |
| 298. Davita Healthcare Partners (DVA) | A | Dividend | J | T | Buy | 02/06/14 | J | | |
| 299. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 300. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 301. | | | | | | | | | |
| 302. Exxon Mobil Corp (XOM) | A | Dividend | | | Buy | 02/06/14 | J | | |
| 303. | | | | | Sold | 05/16/14 | J | A | |
| 304. Gilead Sciences INC (GILD) | A | Dividend | | | Buy | 01/06/14 | J | | |
| 305. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 306. | | | | | Sold | 05/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Google Inc (GOOGL) | A | Dividend | | | Buy | 01/06/14 | J | | |
| 308. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 309. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 310. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 311. | | | | | Sold | 05/16/14 | J | A | |
| 312. Google Inc SHS C (GOOG) | A | Dividend | J | T | Buy | 03/03/14 | J | | |
| 313. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 314. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 315. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 316. Hewlett Packard (HPQ) | A | Dividend | J | T | Buy | 01/23/14 | J | | |
| 317. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 318. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 319. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 320. Mastercard (MA) | A | Dividend | J | T | Buy | 01/23/14 | J | | |
| 321. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 322. Merck and Co INC (MRK) | A | Dividend | J | T | Buy | 02/06/14 | J | | |
| 323. | | | | | Buy (add'l) | 03/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Metlife (MET) | A | Dividend | J | T | Buy | 04/03/14 | J | | |
| 325. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 326. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 327. Nextera Energy INC (NEE) | A | Dividend | J | T | Buy | 02/06/14 | J | | |
| 328. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 329. Nike INC (NKE) | A | Dividend | J | T | Buy | 01/23/14 | J | | |
| 330. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 331. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 332. Nucor Coporation (NUE) | A | Dividend | J | T | Buy | 02/06/14 | J | | |
| 333. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 334. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 335. NXP Semiconductors (NXPI) | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 336. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 337. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 338. Suncor Energy Inc New (SU) | A | Dividend | | | Buy | 01/03/14 | J | | |
| 339. | | | | | Sold | 05/15/14 | J | A | |
| 340. Salesforce Com Inc (CRM) | A | Dividend | | | Buy | 03/06/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 24 of 28

**Name of Person Reporting**

**Grandy, Laura K.**

**Date of Report**

09/13/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 342. | | | | | Sold | 05/16/14 | J | A | |
| 343. Under Armour Inc (UA) | A | Dividend | | | Buy | 03/06/14 | J | | |
| 344. | | | | | Sold | 06/13/14 | J | A | |
| 345. Verizon Communication (VZ) | A | Dividend | | | Buy | 02/28/14 | J | | |
| 346. | | | | | Sold | 06/13/14 | J | A | |
| 347. Visa Inc Cl A (V) | A | Dividend | J | T | Buy | 01/14/14 | J | | |
| 348. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 349. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 350. Vodafone Grop Plc (VOD) | A | Dividend | | | Buy | 01/03/14 | J | | |
| 351. | | | | | Sold | 06/13/14 | J | A | |
| 352. Wuxi Pharmatech | A | Dividend | | | Buy | 01/03/14 | J | | |
| 353. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 354. | | | | | Sold | 06/13/14 | J | A | |
| 355. EGA Beyond Brics ETF (BBRC) | A | Dividend | | | Buy | 04/03/14 | J | | |
| 356. | | | | | Sold | 10/16/14 | J | A | |
| 357. First TR Small Cap (FYX) | A | Dividend | J | T | Buy | 04/17/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. First TR MID Cap (FNX) | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 359. | | | | | | | | | |
| 360. First TR Large Cap (FEX) | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 361. First TR S&P REIT (FRI) | A | Dividend | | | Buy | 05/13/14 | J | | |
| 362. | | | | | Sold | 10/16/14 | J | A | |
| 363. First TR ISE CLOUD (SKYY) | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 364. Ishares Nasdaq Biotech (IBB) | A | Dividend | J | T | Buy | 07/07/14 | J | | |
| 365. Ishares S&P Short Term (SUB) | A | Dividend | J | T | Buy | 01/29/14 | K | | |
| 366. Ishares S&P National (MUB) | A | Dividend | J | T | Buy | 01/03/14 | J | | |
| 367. Ishares MCSI Frontier (FM) | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 368. Ishares RS 2000 (IWO) | A | Dividend | | | Buy | 02/11/14 | J | | |
| 369. | | | | | Sold | 05/16/14 | J | A | |
| 370. SPDR S&P 500 (SPY) | A | Dividend | | | Buy | 02/11/14 | J | | |
| 371. | | | | | Sold | 10/16/14 | J | A | |
| 372. Vanguard Small Cap (VBR) | A | Dividend | | | Buy | 01/03/14 | J | | |
| 373. | | | | | Sold | 05/16/14 | J | A | |
| 374. Vanguard Information (VGT) | A | Dividend | J | T | Buy | 07/23/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. Vanguard Energy ETF (VDE) | A | Dividend | | | Buy | 07/23/14 | J | | |
| 376. | | | | | Sold | 10/16/14 | J | A | |
| 377. Vanguard Industrial (VIS) | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 378. Vanguard Energy ETF (VDE) | A | Dividend | J | T | Buy | 12/02/14 | J | | |
| 379. First Trust Cyclical Strenth Portfolio Series term | A | Dividend | J | T | Sold | 05/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 09/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II:

Line 1 - Payments for percentage of collections of fees for work performed and generated by Judge, prior to departure.

Part VII:

Line 22 Duplicate entry of Line 8

Line 109- Residential Real Property which is currently occupied by            No income received.

Line 237/38 - Publicly Traded Partnership that generates interest and dividends.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura K. Grandy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544